UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  DARNALL, LELAND           §   Case No. 09-17004
        DARNALL, NANCY            §
                                  §
Debtor(s)                         §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/23/2010 in Courtroom 619, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/24/2010         By:  /s/Glenn R. Heyman
                                     Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: DARNALL, LELAND § Case No. 09-17004
      DARNALL, NANCY §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 82,507.17 |
| and approved disbursements of | $ 53,414.20 |
| leaving a balance on hand of [1] | $ 29,092.97 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | GLENN R. HEYMAN | $ 5,791.51 | $ |
| Attorney for trustee | Crane, Heyman, Simon, Welch & Clar | $ 4,560.00 | $ 37.10 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
Other _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                           *Allowed Amt. of Claim*   *Proposed Payment*
                                  N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 400.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.7 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                *Allowed Amt. of Claim*   *Proposed Payment*
___1___          United Fin                $       400.00            $       400.00
___1I___         United Fin                $         2.94            $         2.94

Tardily filed claims of general (unsecured) creditors totaling $ 1,612.66 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.7 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                *Allowed Amt. of Claim*   *Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 2 | Roundup Funding, LLC | $ 1,612.66 | $ 1,612.66 |
| 2I | Roundup Funding, LLC | $ 11.87 | $ 11.87 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                         Allowed Amt. of Claim   Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 16,676.89.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dcarroll              Page 1 of 1                   Date Rcvd: Aug 31, 2010
Case: 09-17004                 Form ID: pdf006             Total Noticed: 19

The following entities were noticed by first class mail on Sep 02, 2010.
db/jdb        +Leland Darnall,   Nancy Darnall,   3645 W 122nd Place,    Alsip, IL 60803-1003
aty           +Brian P Deshur,   Robert J. Semrad and Associates,   20 South Clark Street,   28th Floor,
                Chicago, IL 60603-1811
aty           +Catherine Kim,   Robert J Semrad & Associates,   20 S. Clark St.,   28th Floor,
                Chicago, IL 60603-1811
aty           +Glenn R Heyman,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Ste 3705,
                Chicago, IL 60603-4101
aty           +Janna L Quarless,   Robert J Semrad and Associates,    20 S. Clark Street, 28th Floor,
                Chicago, IL 60603-1811
aty           +Robert S Shulman,   Wiczer & Zelmar,   500 Skokie Blvd,   Suite 350,   Northbrook, IL 60062-2877
tr            +Glenn R Heyman, ESQ,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Ste 3705,
                Chicago, IL 60603-4101
13899251      +Applied Card Bank,   Attn: General Inquiries,   Po Box 17125,   Wilmington, DE 19850-7125
13899252      +Brylane Home,   Po Box 182121,   Columbus, OH 43218-2121
13899254     ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
                WILMINGTON DE 19801-2920
               (address filed with court: Chase,    Attn: Correspondence Dept/Bankruptcy,   Po Box 15919,
                Wilmington, DE 19850)
13899253      +Cbsi,   550 Greensboro Ave Pob 3227,   Tuscaloosa, AL 35401-1547
13899255      +Chase,   P.O. Box 15823,   Wilmington, DE 19850
13899256      +Chase Manhattan Mortgage,   Attn: Research Dept.,   3415 Vision Drive,   Columbus, OH 43219-6009
13899257      +First Premier Bank,   Attn: Correspondence Dept.,   Po Box 5524,   Sioux Falls, SD 57117-5524
13899258      +HSBC,   Hsbc Card Srvs Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
13899260      +Peoples Gas,   130 E. Randolph Drive,   Chicago, IL 60601-6302
13899261      +United Fin,   333 Washington Blv Pmb 153,   Marina Del Rey, CA 90292-5136
13899262      +Wfnnb/roaman,   Po Box 182125,   Columbus, OH 43218-2125

The following entities were noticed by electronic transmission on Aug 31, 2010.
15715311       E-mail/PDF: BNCEmails@blinellc.com Sep 01 2010 01:33:12     Roundup Funding, LLC,   MS 550,
                PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13899259*     +HSBC,   Hsbc Card Srvs Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 02, 2010**                                **Signature:** *Joseph Speetjens*